# EXHIBIT V

Infringement of the '255 Patent

| **Claim/Claim Element** | **Infringing Technology** |
|---|---|
| 1. A device for use in manufacturing, comprising a base, | |
| wherein said base functions as mechanical support for said device, | As shown in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), devices comprising nanogetter have a base which also serves as a mechanical support. |
| wherein said device is configured such that on said base a contaminant removing material is deposed in the form of discrete deposits, | As shown in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the contaminant-removing material (i.e the getter) is deposed in discrete deposits. |
| wherein said discrete deposits are configured to be at least partially exposed to the atmospheric environment of said device | As shown in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the contaminant-removing material (i.e the getter) is at least partially exposed to the atmosphere of the device |
| and wherein said discrete deposits of contaminant removing material have a thickness within a range from 0.1 to 5 μm. | On information and belief, the discrete deposits of getter material have a thickness within a range from 0.1 to 5 μm. As described in the NanoGetters brochure (Ex. J), the getter material is "thin-film based." As described in the ISSYS NanoGetters presentation (Ex. L), the getter material benefits from being comprised of "very thin metal layers." |
| | |
| 2. The device as recited in claim 1, wherein said device is used in the manufacture of a microdevice selected from the group consisting of: microelectronic devices (IC), micromechanical devices (MM), and microoptoelectronic devices, wherein said microoptoelectronic devices include IR sensors. | As described in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the Materion NanoGetters can be used in a variety of applications, including optical devices, IR sensors, and RF-MEMS, among others. |
| | |

| Claim/Claim Element | Infringing Technology |
|---|---|
| 4. A device for use in manufacture of solid state devices comprising a base, where said base comprises discrete deposits of a contaminant removing material having a thickness within a range from 0.1 to 5 μm, where said contaminant removing material is entirely exposed to the atmospheric environment of said device. | As shown in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), in certain configurations the contaminant-removing material is entirely exposed to the atmospheric environment of the device. |
| | |
| 8. The device as recited in claim 1 wherein said base includes material selected from the group consisting of: metals, ceramics, glass, and semiconductors. | As described in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the NanoGetters can be used with a variety of substrate materials including glass, silicon on glass and polysilicon. Silicon is a known semiconductor. |
| | |
| 9. The device as recited in claim 8, wherein said material is silicon. | As described in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the NanoGetters can be used with a variety of substrate materials including glass, silicon on glass and polysilicon. Silicon is a known semiconductor. |
| | |
| 10. The device as recited in claim 1 wherein said contaminant removing material is a getter material. | As described in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the contaminant-removing material is a nanogetter. |
| | |
| 11. The device as recited in claim 10 wherein said getter material includes a material selected from the group of metals consisting of: Zr, Ti, Nb, Ta, V, and alloys of these metals. | On information and belief, based on investigation of the NanoGetter product, the getter material includes at least titanium (Ti). |
| | |

| **Claim/Claim Element** | **Infringing Technology** |
|---|---|
| 12. The device as recited in claim 11 wherein said getter material further comprises a material selected from the group consisting of: Cr, Mn, Fe, Co, Ni, Al, Y, La and rare-earths. | On information and belief, based on investigation of the NanoGetter product, the getter material includes at least chromium (Cr). |
| | |
| 13. The device as recited in claim 11 characterized in that said getter material is titanium. | On information and belief, based on investigation of the NanoGetter product, the getter material includes at least titanium (Ti). |