# EXHIBIT W

Infringement of the '091 Patent

| **Claim/Claim Element** | **Infringing Technology** |
|---|---|
| 1. An article of manufacture comprising: | |
| a wafer having a substantially planar surface and a plurality of discrete areas; | The NanoGetters brochure (Ex. J) and the ISSYS NanoGetters presentation (Ex. L) describe use of NanoGetters with wafer substrates. As also shown, the wafers have a substantially planar surface, and the getters are deposited in discrete areas. |
| a gas absorptive material provided at said plurality of discrete areas to define discrete deposits; and | As described in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the NanoGetters include a gas absorptive material deposited in discrete areas. |
| a covering layer formed over at least a portion of the substantially planar surface of the base structure and at least partially covering the absorptive material. | On information and belief, based on investigation of the NanoGetter product, in some configurations, a covering layer is applied to at least a portion of the substantially planar surface and at least partially covers the gas absorptive material. |
| | |
| 3. An article of manufacture as recited in claim 1 wherein the covering layer is provided with passages exposing at least a portion of the absorptive material. | On information and belief, based on investigation of the NanoGetter product ,in some configurations, passages are formed in the covering layer applied to at least a portion of the substantially planar surface and at least partially covers the gas absorptive material. |
| | |
| 6. An article of manufacture as recited in claim 1 wherein the absorptive material is at least one of a getter and a drier. | As described in the NanoGetters brochure (Ex. J) and in an ISSYS NanoGetters presentation (Ex. L), the gas absorptive materials may be getters. |
| | |
| 7. An article of manufacture as recited in claim 1 wherein the absorptive | On information and belief, based on investigation of the NanoGetter product, the |

| **Claim/Claim Element** | **Infringing Technology** |
|---|---|
| material is formed to a thickness of between about 0.1 to 5 μm. | discrete deposits of getter material have a thickness within a range from 0.1 to 5 μm. As described in the NanoGetters brochure (Ex. J), the getter material is "thin-film based." As described in the ISSYS NanoGetters presentation (Ex. L), the getter material benefits from being comprised of "very thin metal layers." |
|  |  |
| 8. An article of manufacture as recited in claim 1 wherein the covering layer is formed to a thickness of between about 1 to 20 μm. | On information and belief, based on investigation of the NanoGetter product in some configurations, the covering layer is 1-20 μm thick. |