IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SAES GETTERS, S.p.A.,**<br><br>*Plaintiff*<br><br>v.<br><br>**MATERION CORPORATION, AND MATERION PRECISION OPTICS AND THIN FILM COATINGS, INC.,**<br><br>*Defendants.* | **Case No. 1:17-cv-12113 - PBS**<br><br>**Judge Patti B. Saris** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff SAES Getters, S.p.A. ("SAES"), by and through its undersigned attorneys, serves notice to this honorable Court that it voluntarily dismisses its claims in this case without prejudice pursuant to an agreement between SAES and both of the Defendants. Because neither defendant in this case was served with a summons and copy of the Complaint, there are no parties upon whom a copy of this Notice must be served.

Respectfully submitted,

Dated: January 25, 2018     /s/ Wayne M. Serra

                                     Wayne M. Serra (B.B.O. #638159)
                                        serra@mbhb.com
                                   MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
                                   300 S. Wacker Dr.
                                   Chicago, IL 60606
                                   (312) 913-0001

                                   *Attorneys for Plaintiff*